IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

JOSHUA KNIGHT,
        *Plaintiff,*

v.                                                                              MO:24-CV-00145-DC

INDEPENDENT OIL FIELD,
MARY PENA, ANTHONY W.
BRITT,
        *Defendants.*

§
§
§
§
§
§
§
§
§
§
§
§

## ORDER

BEFORE THE COURT is the report and recommendation ("R&R") from United States Magistrate Judge Ronald C. Griffin concerning Plaintiff Joshua Knight's Motion for Default Judgment and Supporting Affidavit.[1] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge issued his report and recommendation on May 5, 2026.[2]

28 U.S.C. § 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with a copy of the report and recommendations. The Court will review *de novo* the portions of the report and recommendations objected thereto. When no objections are timely filed, the Court need only review the magistrate judge's report and recommendation for clear error.[3]

---

[1] Docs. 66, 72.

[2] Doc. 73.

[3] Fed. R. Civ. P. 72 advisory committee's note.

The R&R was mailed to all parties via certified mail between May 5–6, 2026.[4] On May 12, 2026, a certified mail receipt was returned, unsigned, as to Defendants Mary Pena and Anthony Britt.[5] The R&R was remailed to those parties the following day.[6] The United States Postal Service tracking history reported that on June 1, 2026, the certified mail sent to Defendant Anthony Britt was unclaimed and would be returned to sender. On June 8, 2026, the certified mail sent to Defendants Mary Pena and Independent Oil Field was returned to the Court because it was unclaimed and could not be forwarded.[7] The Court finds that the R&R is now ripe for disposition.

Because no party in this case has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** the report and recommendation of the United States Magistrate Judge is **ADOPTED**. Plaintiff's Motion or Default Judgment is **GRANTED IN PART** and **DENIED IN PART**.[8]

It is so **ORDERED**.

SIGNED this 23rd day of June, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[4] Docs. 74, 75.
[5] Doc. 76.
[6] Doc. 77.
[7] Doc. 79.
[8] Doc. 66.